**IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

FILED

JAN 28 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| MARK JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:08cv555 |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATED DISMISSAL ORDER

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate

to the dismissal of all claims with prejudice.  Based upon the representation of the parties, the

Court hereby ORDERS

That this matter be dismissed with prejudice; and further ORDERS

That each party will bear their own attorney's fees and costs.

Entered this 28th day of Jan., 2010

_____
United States District Judge

/s/ MSD

**Mark S. Davis
United States District Judge**

_____
David C. Burton, Esq. (VSB No. 33178)
dburton@williamsmullen.com
Sara B. Rafal, Esq. (VSB No. 43840)
srafal@williamsmullen.com
WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, Virginia 23462
Telephone:    (757) 499-8800
Telefacsimile:  (757) 473-0395
*Counsel for Portfolio Recovery Associates, LLC*

Lisa A. Bertini, Esq. (VSB 29660)
lbertini@bohlaw.net
Bertini O'Donnell & Hammer, PC
999 Waterside Drive, Suite 1010
Norfolk, Virginia 23510
Telephone: (757) 670-3868
Telefacsimile: (757) 670-3865
*Counsel for Mark Johnson*

7407357_1.DOC